# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WOODS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SCOTT KERNAN,<br><br>　　　　Respondent. | Case No. 1:16-cv-01110-EPG-HC<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has requested to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Here, Petitioner's claims relate to his conviction and sentence that occurred in the Yuba County Superior Court, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. See Local Rule 120(d). Therefore, venue is proper in the Sacramento Division. Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court, may, on the court's own motion, be transferred to the proper venue within the District. Therefore, this action will be transferred to the Sacramento Division. This Court has not ruled on Petitioner's request to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of

1 | California sitting in Sacramento; and

2 |     2. All future filings shall reference the new Sacramento case number assigned and shall
3 | be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **August 4, 2016**       /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE